IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KYLE DENNY and
COURTNEY DENNY                                                                                  PLAINTIFFS

VERSUS                                   CIVIL ACTION NO. 1:19-cv-00629-TBM-RPM

OCEAN MARINE GROUP, INC.,
MICHAEL KEITH KING,
DON WESTON, and
KEVIN MCLAUGHLIN                                                                                DEFENDANTS

**DEFENDANT'S, OCEAN MARINE GROUP, INC., MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56**

COMES NOW, Defendant, Ocean Marine Group, Inc., by and through its attorneys of record TIM C. HOLLEMAN & HOLLIS T. HOLLEMAN, BOYCE HOLLEMAN & ASSOCIATES, and files this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and in support thereof would show as follows:

1. Defendant, Ocean Marine Group, Inc., requests the Court dismiss all claims for relief against it by reason of Ocean Marine Group, Inc. having no involvement whatsoever in the events giving rise to this litigation.

2. Defendant, Ocean Marine Group, Inc., relies upon its Memorandum in Support, and legal arguments contained therein, and the following exhibits:

- Exhibit "A"   Affidavit of Michael Keith King
- Exhibit "B"   MJM-OMG, LLC. D/B/A Ocean Marine Group Mississippi Secretary of State Registration
- Exhibit "C"   Deposition of Michael Keith King
- Exhibit "D"   Plaintiffs' Response to Defendants' Interrogatories
- Exhibit "E"   Deposition of Kyle Denny

WHEREFORE, Defendant, Ocean Marine Group, Inc., requests this Court dismiss all claims made against it with prejudice.

This the 1st day of February, 2021.

>Respectfully submitted,

>Ocean Marine Group, Inc., Defendant

>BY AND THROUGH ITS COUNSEL OF RECORD

>**BOYCE HOLLEMAN AND ASSOCIATES**

>By:  /s/ Hollis T. Holleman

**CERTIFICATE OF SERVICE**

I, Hollis T. Holleman, do hereby certify that I have on this date filed the above and foregoing document using the electronic filing system using the ECF filing system, which has caused a copy of the same to be served on all counsel of record.

This the 1st day of February, 2021.

>/s/ Hollis T. Holleman

Tim C. Holleman (Ms Bar #2526)
Hollis T. Holleman (Ms Bar#105692)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone:  (228) 863-3142
Facsimile:  (228) 863-9829
Email:  tim@boyceholleman.com
　　　　hollis@boyceholleman.com