UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| KYLE DENNY and<br>COURTNEY DENNY | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:19CV629-TBM-RPM |
| OCEAN MARINE GROUP, INC. et al | DEFENDANTS |

## ORDER STAYING CASE

This matter is before the Court *sua sponte*. At a settlement conference conducted on April 13, 2021, this case settled. *See* Minute Entry (4/13/2021). Due to the length of time needed to consummate the settlement, the Court ordered that the case be stayed for a period of 180 days. Accordingly, IT IS ORDERED AND ADJUDGED that the case is STAYED, and all case management deadlines are terminated.

SO ORDERED AND ADJUDGED, this the 30th day of April 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE