IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KYLE DENNY and
COURTNEY DENNY                                                          PLAINTIFFS

VERSUS                                       CIVIL ACTION NO. 1:19cv629-TBM-RPM

OCEAN MARINE GROUP, INC.,
MICHAEL KEITH KING,
DON WESTON, and
KEVIN MCLAUGHLIN                                                        DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS COURT having been presented with this Agreed Order by the agreement of all parties for a full and final dismissal, with prejudice, of this cause of action, and the Court being fully advised that the parties have fully consummated the settlement entered in this matter to the complete accord and satisfaction of all parties involved, and it appearing that these parties desire to dismiss this cause without the necessity of any further litigation, is of the opinion that the same should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that this cause is hereby dismissed, with prejudice, with each party to bear their own costs.

SO ORDERED, this the 29th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
Reed S. Bennett (MS Bar #103233)
Christopher G. Holt (MS Bar #9371)
*Attorneys for Plaintiffs*

1

_____
Robert W. Wilkinson (MS Bar #7215)
Will R. Norman (MS Bar #105713)
*Attorneys for Defendants Don Weston
and Kevin McLaughlin*

_____
Tim C. Holleman (MS Bar #2526)
Hollis T. Holleman (MS Bar #105692)
*Attorneys for Defendants Ocean Marine
Group, Inc. and Keith King*